**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Larry Currier
_____

Civil Case # 1:21-cv-00464-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Larry Currier.


Dated: June 1, 2026.                          Respectfully submitted,

                                              _/s/ Thomas Wm. Arbon_____
                                              Thomas Wm. Arbon, TX Bar No. 01284275
                                              **Ben Martin Law Group, PLLC**
                                              3500 Maple Avenue, Suite 400
                                              Dallas, TX 75219
                                              Tel.:  (214) 761-6614
                                              Fax:  (214) 744-7590
                                              tarbon@bencmartin.com

                                              _**Attorney for Plaintiff**_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon