**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Larry Currier

Civil Case # 1:21-cv-00464-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND**
**FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW, Chris Currier, surviving son of Larry Currier, and files this motion to substitute. Chris Currier is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Larry Currier initially filed suit in the United States District Court for the Southern District of Indiana on March 1, 2021.

2. Plaintiff Larry Currier died on or about April 19, 2026.

3. On June 1, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27924. Plaintiff's counsel recently learned of the death of Larry Currier after contacting his son.

4. Chris Currier, surviving son of Larry Currier, is the proper party plaintiff to substitute for Plaintiff-decedent Larry Currier and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party.

A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Chris Currier, as Heir and Representative of the Estate of Larry Currier, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Chris Currier, as Heir and Representative of the Estate of Larry Currier, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Larry Currier is now deceased.

7. A proposed Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Chris Currier, as Heir and Representative of the Estate of Larry Currier, Deceased, as Party Plaintiff for Larry Currier; (2) the Court grant leave to file the attached Amended Short Form Complaint; Case 1:21-cv-00464-RLY-TAB; and, (3) the Court deem the attached Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: August 26, 2026.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon